UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MANUEL MATEO-EVANGELIO, JAIME TREJO-CARDONA, GILBERTO CERVANTES-VEGA, REYNALDO VILLALOBOS-MARTINEZ, EMILIO REYES, MARIA DE LOS ANGELES GONZALEZ-ROMAN, RAMIRO CERVANTES-VEGA, FRANCISCO CARMELO MATIAS-CASTRO, PABLO GONZALEZ-ROMAN, BENIGNO VILLAGOMEZ-GARCIA, and SERGIO NARCISO LOPEZ-JUAREZ, on behalf of themselves and all other similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIPLE J PRODUCE, INC., HOCUTT BROTHERS, INC., HOCUTT FARMS, INC., JUDY HOCUTT, JOEY M. HOCUTT, JAMES MICHAEL HOCUTT, and M. JAY HOCUTT,<br><br>    Defendants. | <u>CLASS ACTION</u><br><br>Civil Action No.:<br>7:14-cv-302-FL |

## JOINT MOTION FOR FINAL APPROVAL OF COLLECTIVE ACTION AND CLASS ACTION SETTLEMENT

Plaintiffs ("Plaintiffs"), by and through their undersigned counsel, and Defendants ("Defendants"), by and through their undersigned counsel, jointly move this Court for entry of the attached proposed Order approving the parties' class action Settlement Agreement a copy of which I is marked as Plaintiff's Exhibit 1 and attached to this Joint Motion.

**WHEREFORE**, the parties respectfully request that the Court enter the attached proposed Order, granting final approval of the Settlement Agreement, and granting the parties any other relief that the Court deems appropriate and necessary.

Respectfully submitted, this the 2nd day of September, 2016.

| NEXSEN PRUET, PLLC | LAW OFFICE OF ROBERT J. WILLIS, P.A. |
|---|---|
| /s/R. Daniel Boyce, Esq.<br>R. Daniel Boyce, Esq.<br>NC Bar #12329<br>dboyce@nexsenpruet.com<br>4141 Parklane Avenue, Suite 200<br>Raleigh, NC 27612<br>Tel: (919) 653-7825<br>Fax: (919) 833-7536<br>Counsel for All Defendants<br>Except Judy Hocutt | /s/Robert J. Willis, Esq.<br>Robert J. Willis, Esq.<br>NC Bar #10730<br><br>Mailing address:<br>P.O. Box 1269<br>Raleigh, NC 27602<br>Tel: (919)821-9031<br>Fax: (919)821-1763<br>(street address)<br>5 W. Hargett Street<br>Suite 404, 4th Floor<br>Raleigh, NC 27601<br>rwillis@rjwillis-law.com<br>Counsel for Plaintiffs |

THE ARMSTRONG LAW FIRM, P.A.

/s/L. Lamar Armstrong, Jr., Esq.
  L. Lamar Armstrong, Jr., Esq.
  NC Bar # 9679
  Lamar@ArmstrongLawyers.com
/s/L. Lamar Armstrong, III
  L. Lamar Armstrong, III
  NC Bar # 42655
  Lamar3@ArmstrongLawyers.com
  602 South Third Street
  P.O. Box 27
  Smithfield, NC 27577
  Tel.: (919) 934-1575
  Fax: (919) 934-1846
  Attorneys for Defendant Judy Hocutt

## CERTIFICATE OF SERVICE

I hereby certify that on September 2nd, 2016 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: R. Daniel Boyce, Esq., dboyce@nexsenpruet.com; L. Lamar Armstrong, Jr., Esq., Lamar@ArmstrongLawyers.com; L. Lamar Armstrong, III, Lamar3@ArmstrongLawyers.com.

Dated: September 2, 2016.  Respectfully submitted,

/s/ Robert J. Willis
Robert J. Willis
Counsel for Plaintiffs
P.O. Box 1269
Raleigh, NC  27602
Telephone: (919)821-9031
Fax: (919)821-1763
E-mail: rwillis@rjwillis-law.com