UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MANUEL MATEO-EVANGELIO, JAIME TREJO-CARDONA, GILBERTO CERVANTES-VEGA, REYNALDO VILLALOBOS-MARTINEZ, EMILIO REYES, MARIA DE LOS ANGELES GONZALEZ-ROMAN, RAMIRO CERVANTES-VEGA, FRANCISCO CARMELO MATIAS-CASTRO, PABLO GONZALEZ-ROMAN, BENIGNO VILLAGOMEZ-GARCIA, and SERGIO NARCISO LOPEZ-JUAREZ, on behalf of themselves and all other similarly situated persons, | ) ) ) ) ) ) ) ) ) ) ) ) ) | CLASS ACTION |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TRIPLE J PRODUCE, INC., HOCUTT BROTHERS, INC., HOCUTT FARMS, INC., JUDY HOCUTT, JOEY M. HOCUTT, JAMES MICHAEL HOCUTT, and M. JAY HOCUTT, | ) ) ) ) ) | Civil Action No.: 7:14-cv-302-FL |
| Defendants. | ) ) ) | |

**ORDER SEAING DOCUMENTS**

This matter is before the Court on the Plaintiffs' Unopposed Motion to Seal Exhibit. Pursuant to the statutory requirement of 5 U.S.C. § 552a(b), the requirement of Rule 5.2(a)(1)-(2) of the Federal Rules of Civil Procedure, and Local Rule 79.2(a), EDNC, and having considered the Plaintiffs' Unopposed Motion to Seal, the Court orders that the Clerk of Court shall seal the following documents in the Court's file:

(1) Plaintiff's Exhibit 12 (Doc. 80-12) to the Joint Memorandum in Support of Joint of Joint Motion for Final Approval of Collective Action and Class Action Settlement (Doc. 80) that was filed on September 2, 2016, and

1

(2) Plaintiff's Exhibit 12 that is attached as pages 8 through 14 to Doc. 80-7, the Declaration of Class Counsel Robert J. Willis In Support of Joint Motion for Final Approval of Collective Action and Class Action Settlement.

(3) Upon Defendants' suggestion in response to the motion, the court DIRECTS the clerk to seal also DE 80-11. The court notes that a redacted version of said document is filed at DE 84-2. The court also notes the filing of DE 84-1 as a supplement to DE 80.

SO ORDERED, this the 14th day of September, 2016.

                                          LOUISE W. FLANAGAN
                                          United States District Judge

2

Case 7:14-cv-00302-FL   Document 87   Filed 09/15/16   Page 2 of 2