UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MANUEL MATEO-EVANGELIO, JAIME TREJO- CARDONA, GILBERTO CERVANTES-VEGA, REYNALDO VILLALOBOS-MARTINEZ, EMILIO REYES, MARIA DE LOS ANGELES GONZALEZ-ROMAN, RAMIRO CERVANTES-VEGA, FRANCISCO CARMELO MATIAS-CASTRO, PABLO GONZALEZ-ROMAN, BENIGNO VILLA-GOMEZ, and SERGIO NARCISO LOPEZ-JUAREZ<br><br>Plaintiffs,<br><br>v.<br><br>TRIPLE J PRODUCE, INC.; HOCUTT BROTHERS, INC.; HOCUTT FARMS, INC., JUDY HOCUTT; JOEY M. HOCUTT; JAMES MICHAEL HOCUTT; and M. JAY HOCUTT<br><br>Defendants. | **JUDGMENT**<br><br>No. 7:14-CV-302-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiffs' award of attorney's fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 6, 2018, and for the reasons set forth more specifically therein, that the court awards attorney's fees to plaintiffs in the amount of $177,180.00 and costs of $4,774.13.

**This Judgment Filed and Entered on April 6, 2018, and Copies To:**

Robert J. Willis (via CM/ECF Notice of Electronic Filing)
R. Daniel Boyce (via CM/ECF Notice of Electronic Filing)
William H. Floyd, III (via CM/ECF Notice of Electronic Filing)
L. Lamar Armstrong, Jr. (via CM/ECF Notice of Electronic Filing)
Law Lamar Armstrong, III (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| April 6, 2018 | PETER A. MOORE, JR., CLERK |
| | /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |